UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   11/11/2020
```

Strike 3 Holdings, LLC,

          Plaintiff,

     –v–

John Doe,

          Defendant.

20-cv-6596 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The initial pretrial conference scheduled for November 20, 2020, is adjourned to

December 18, 2020, at 3:15 p.m.

    SO ORDERED.

Dated: November 11, 2020
      New York, New York

_____

ALISON J. NATHAN
United States District Judge